IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

MONICA CORTEZ and ROCIO          )
REYES,                           )
                                 )
             Plaintiffs,         )              8:11CV228
                                 )
        v.                       )
                                 )
PHARMA CHEMI, INC., a            )              ORDER
Nebraska corporation,            )
                                 )
             Defendant.          )
_____)


        This matter is before the Court on plaintiffs' motion

for enlargement of time to respond to discovery (Filing No. 16).

The Court finds the motion should be granted.  Accordingly,

        IT IS ORDERED that plaintiffs shall have until March

13, 2012, to respond to defendant's requests for discovery.

        DATED this 22nd day of February, 2012.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court