IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MONICA CORTEZ and ROCIO REYES, | ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV228 |
| v. | ) ) | |
| PHARMA CHEMI, INC., a Nebraska corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |
| _____ | ) | |

This matter is before the Court on plaintiffs' motion for enlargement of time to respond to discovery (Filing No. 16). The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiffs shall have until March 13, 2012, to respond to defendant's requests for discovery.

DATED this 22nd day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court