IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONICA CORTEZ, ROCIO REYES,<br><br>            Plaintiffs,<br><br>    vs.<br><br>PHARMA CHEMIE, INC., a Nebraska Corporation;<br><br>            Defendant. | 8:11CV228<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The motion to withdraw filed by plaintiff's counsel, Aaron F. Smeall, and the firm of Smith, Gardner, Slusky Law, LLP as counsel of record for Monica Cortez, (filing no. 36), is granted.

2) On or before August 6, 2012, the plaintiff Monica Cortez shall either: (a) obtain the services of substitute counsel and have that attorney file an appearance on her behalf; or (b) file a statement notifying the court of her intent to litigate this case without counsel. Failure to comply with this order may result in dismissal of Monica Cortez' claims for want of prosecution.

3) The clerk shall mail a copy of this order to the plaintiff Monica Cortez at Monica Cortez, 120 S 11th St, #2, Nebraska City, NE 68410.

July 16, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge