IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONICA CORTEZ, ROCIO REYES,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>PHARMA CHEMIE, INC., a Nebraska Corporation;<br><br>                    Defendant. | **8:11CV228**<br><br>**MEMORANDUM AND ORDER** |

The defendant has moved for an order compelling plaintiff Rocio Reyes to provide additional responses to defendant's Interrogatories and Requests for Production of Documents. (Filing No. 37). Plaintiff Rocio Reyes has not responded to the motion, and the deadline for responding has passed. The motion is therefore deemed fully submitted.

After reviewing the evidence of record, the court finds the defendant's motion should be granted.

Accordingly,

IT IS ORDERED:

1) Defendant's motion to compel, (filing no. 37), is granted.

2) On or before August 14, 2012, plaintiff Rocio Reyes shall provide or produce:

    a. Copies of the documents that were represented to be contained, but were not actually present, on a disc plaintiff Rocio Reyes provided in response to defendant's discovery requests.

    b. Full, complete, and duly sworn answers to defendant's Interrogatory Nos. 12, 13, 15, 16.

   c. Full and complete responses to Request for Production Nos. 3, 4, 5, 6, and 7, along with a statement, signed under oath by plaintiff Rocio Reyes, affirming that all responsive documents have been disclosed.

3) Plaintiff Rocio Reyes is hereby notified that absent his complete and timely compliance with paragraph (2) of this order, his case may be dismissed for want of prosecution.

         BY THE COURT:

         *s/ Cheryl R. Zwart*
         United States Magistrate Judge