IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONICA CORTEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>PHARMA CHEMIE, INC., a Nebraska Corporation,<br><br>      Defendant. | 8:11CV228<br><br>MEMORANDUM AND ORDER |

  This matter is before the Court on the Magistrate Judge's Findings and Recommendation of September 7, 2012 (filing 62), recommending that this Court dismiss plaintiff Monica Cortez's case for want of prosecution. Neither party has filed an objection. *See*, 28 U.S.C. § 636(b)(1); NeCivR 72.2. When a party fails to timely object to the report and recommendation of a magistrate judge, the party waives its right to de novo review by the district court of any portion of the report and recommendation. *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009). The Court finds that the Magistrate Judge's recommendation should be adopted and this case dismissed. Accordingly,

  IT IS ORDERED:

  1. The Magistrate Judge's Findings and Recommendation (filing 62) are adopted;

  2. This case is dismissed; and

  3. A separate judgment will be entered.

Dated this 12th day of September, 2012.

                BY THE COURT:

                *John M. Gerrard*
                John M. Gerrard
                United States District Judge